### 9352. RASKIN v. THE STATE.

BLOODWORTH, J. The evidence is sufficient to authorize the conviction under the accusation in this case, which charges that the accused "did unlawfully have, control, and possess certain spirituous liquors." No error of law is complained of; and the judgment must be

*Affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED MARCH 13, 1918.

Accusation of unlawful possession of liquor; from city court of Savannah—Judge Freeman. September 29, 1917.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.